AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Craig, Carla E. | 2. Court or Organization  U.S. Bankruptcy Court, E.D.N.Y | 3. Date of Report  08/2/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Active Judge | 5a. Report Type (check appropriate type)  ☐ Nomination Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

271 Cadman Plaza E.
Suite 1595
Brooklyn, New York 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Director | Kidspirit Magazine |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Schulte Roth and Zabel LLP-partnership distribution |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 08/2/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Mt. Kellett Capital Partners II LP | Commitment to make capital contributions to investment limited partnership | P1 |
| 2. | RS Global Energy and Power Private Investors VI | Commitment to make capital contributions to investment LLC | N |
| 3. | Yeshiva University | Commitment to make tuition payments | K |
| 4. | Mautner-Glick Corp. | Obligation to make rent payment | K |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 08/2/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Checking and Money Market Accounts | B | Interest | P1 | T | | | | | |
| 2. J.P. Morgan Money Market Fund | A | Dividend | J | T | | | | | |
| 3. JPM US Real Estate Income and Growth Direct LP ( ▓▓▓ ) | | None | O | T | | | | | |
| 4. JPM Floating Rate Income Fund (JPHSX) | E | Dividend | O | T | | | | | |
| 5. JP Morgan Strategic Income Opportunites Fund 3844 (JSOSX) | C | Dividend | M | T | | | | | |
| 6. iShares MSCI All Country Asia Ex Japan Index Fund (AAXJ) | C | Dividend | M | T | | | | | |
| 7. JP Morgan Intl. Value Fund (JIESX) | E | Dividend | O | T | | | | | |
| 8. CSFR Private Investors LLC ( ▓▓▓ ) | | None | J | T | | | | | |
| 9. Starwood Waypoint homes f/k/a Colony Starwood Homes | D | Dividend | | | Sold | 08/25/17 | N | F | |
| 10. JP Morgan Tax Aware R/R Fund | C | Dividend | M | T | | | | | |
| 11. IShares MSCI EAFE Index Fund (EFA) | D | Dividend | N | T | | | | | |
| 12. JP Morgan Equity Income Fund-Select Fund (HLIEX) | D | Dividend | N | T | | | | | |
| 13. RS Global Energy Energy and Power Private Investors VI ( ▓▓▓ ) | | None | N | T | | | | | |
| 14. Artisan High Income Adv (APDFX)f/k/a Artisan High Income Inv (ARTFX) | E | Dividend | N | T | Buy (add'l) | 02/03/17 | L | | |
| 15. | | | | | Buy (add'l) | 02/14/17 | J | | |
| 16. | | | | | Sold (part) | 03/07/17 | K | B | |
| 17. | | | | | Buy (add'l) | 09/01/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 08/2/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 19. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 20. Fidelity Money Market Account (FCASH) | | None | J | T | | | | | |
| 21. Fidelity Environment & Alternative Energy (FSLEX) | D | Dividend | M | T | Buy (add'l) | 04/12/17 | J | | |
| 22. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 23. | | | | | Sold (part) | 12/28/17 | J | A | |
| 24. Fidelity Health Care Delivery (FSHCX) | | None | M | T | Buy | 12/21/17 | M | | |
| 25. | | | | | Buy (add'l) | 12/28/17 | J | | |
| 26. Fidelity Int'l Discovery (FIGRX) | D | Dividend | M | T | | | | | |
| 27. Fidelity Adv Intl Growth Z (FZAJX) f/k/a Fidelity Intl Growth (FIGFX) | C | Dividend | M | T | Buy (add'l) | 03/07/17 | K | | |
| 28. | | | | | Sold (part) | 04/03/17 | K | B | |
| 29. | | | | | Sold (part) | 05/04/17 | K | C | |
| 30. Fidelity Japan Small Companies (FJSCX) | C | Dividend | M | T | Buy (add'l) | 12/08/17 | J | | |
| 31. | | | | | Sold (part) | 12/28/17 | J | D | |
| 32. Fidelity Leisure (FDLSX) | D | Dividend | M | T | Buy | 05/05/17 | M | | |
| 33. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 34. | | | | | Buy (add'l) | 12/28/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 08/2/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Low Priced Stock (FLPSX) | E | Dividend | O | T | Buy (add'l) | 02/01/17 | J | | |
| 36. | | | | | Buy (add'l) | 02/03/17 | J | | |
| 37. | | | | | Sold (part) | 02/10/17 | J | A | |
| 38. | | | | | Buy (add'l) | 02/14/17 | J | | |
| 39. | | | | | Sold (part) | 03/07/17 | J | B | |
| 40. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 41. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 42. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 43. Fidelity Mega Cap Stock Z (FZALX)fka Fidelity Mega Cap Stock (FGRTX) | F | Dividend | O | T | Buy (add'l) | 02/03/17 | J | | |
| 44. | | | | | Sold (part) | 02/10/17 | J | A | |
| 45. | | | | | Buy (add'l) | 02/14/17 | J | | |
| 46. | | | | | Sold (part) | 03/07/17 | K | B | |
| 47. | | | | | Buy (add'l) | 08/16/17 | K | | |
| 48. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 49. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 50. Fidelity Natural Gas (FSNGX) | | None | | | Sold | 02/09/17 | L | D | |
| 51. Fidelity NY Muni Money Market nka Government Cash Reserves( (FDRXX) | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 08/2/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity MSCI Real Real Estate (FREL) fkaFidelity Real Estate (FRESX) | C | Dividend | M | T | Buy (add'l) | 04/17/17 | L | | |
| 53. | | | | | Buy (add'l) | 06/22/17 | J | | |
| 54. | | | | | Buy (add'l) | 09/20/17 | J | | |
| 55. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 56. | | | | | Buy (add'l) | 12/28/17 | K | | |
| 57. Fidelity Select Banking (FSRBX) | A | Dividend | | | Buy (add'l) | 04/07/17 | J | | |
| 58. | | | | | Sold | 04/13/17 | L | D | |
| 59. Fidelity Select Biotechnology (FBIOX) | B | Dividend | | | Buy | 01/09/17 | L | | |
| 60. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 61. | | | | | Sold | 12/21/17 | M | E | |
| 62. Fidelity Select Multimedia (FMBPX) | B | Dividend | | | Buy | 01/09/17 | K | | |
| 63. | | | | | Buy (add'l) | 04/07/17 | J | | |
| 64. | | | | | Sold | 05/15/17 | M | C | |
| 65. Fidelity Select Semiconductors (FSELX) | E | Dividend | M | T | Buy (add'l) | 04/12/17 | J | | |
| 66. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 67. | | | | | Sold (part) | 12/28/17 | J | C | |
| 68. Fidelity Short Term Bond Fund (FSHBX) | A | Dividend | | | Buy (add'l) | 01/09/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 08/2/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 01/09/17 | M | | |
| 70. Fidelity Wireless (FWRLX) | C | Dividend | M | T | Buy | 02/09/17 | L | | |
| 71. | | | | | Buy (add'l) | 04/12/17 | J | | |
| 72. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 73. | | | | | Buy (add'l) | 12/28/17 | J | | |
| 74. Hartford Healthcare F (HGHFX) fka Hartford Healthcare Y(HGHYX) | D | Dividend | M | T | Buy (add'l) | 02/03/17 | J | | |
| 75. Hartford Healthcare Fund I (HGHIX) fka Hartford Healthcare A ((HGHAX) | A | Dividend | J | T | Buy (add'l) | 02/01/17 | J | | |
| 76. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 77. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 78. iShares S&P National Municipal Bond (MUB) | D | Dividend | M | T | Sold (part) | 02/16/17 | L | A | |
| 79. | | | | | Sold (part) | 03/07/17 | N | B | |
| 80. | | | | | Sold (part) | 03/10/17 | M | A | |
| 81. Primecap Odyssey Aggressive Growth (POAGX) | D | Dividend | O | T | Buy (add'l) | 02/01/17 | J | | |
| 82. | | | | | Buy (add'l) | 02/03/17 | K | | |
| 83. | | | | | Sold (part) | 02/10/17 | J | C | |
| 84. | | | | | Buy (add'l) | 02/14/17 | K | | |
| 85. | | | | | Sold (part) | 03/07/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 08/2/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 87. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 88. Primecap Odyssey Stock (POSKX) | D | Dividend | O | T | Buy (add'l) | 02/03/17 | J | | |
| 89. | | | | | Sold (part) | 02/10/17 | J | C | |
| 90. | | | | | Sold (part) | 04/25/17 | J | C | |
| 91. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 92. Seafarer Overseas Instl (SIGIX) | A | Dividend | M | T | Buy | 04/03/17 | K | | |
| 93. | | | | | Buy (add'l) | 05/04/17 | K | | |
| 94. | | | | | Buy (add'l) | 05/23/17 | K | | |
| 95. Seafarer Overseas Inv (SFGIX) | A | Dividend | J | T | Buy | 04/03/17 | J | | |
| 96. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 97. Vanguard Dividend Growth (VDIGX) | E | Dividend | O | T | Sold (part) | 02/10/17 | J | A | |
| 98. | | | | | Buy (add'l) | 02/14/17 | J | | |
| 99. | | | | | Sold (part) | 03/07/17 | K | E | |
| 100. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 101. Vanguard Intermediate Term Tax Exempt (VWIUX) | D | Dividend | O | T | Buy | 02/03/17 | M | | |
| 102. | | | | | Sold (part) | 02/10/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 08/2/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 02/16/17 | M | | |
| 104. | | | | | Buy (add'l) | 03/07/17 | N | | |
| 105. | | | | | Buy (add'l) | 03/10/17 | M | | |
| 106. | | | | | Sold (part) | 05/23/17 | J | A | |
| 107. | | | | | Buy (add'l) | 08/16/17 | K | | |
| 108. Vanguard Intermediate Term Investment Grade Admiral (VFIDX) | A | Dividend | K | T | Buy (add'l) | 02/01/17 | J | | |
| 109. | | | | | Buy (add'l) | 02/14/17 | J | | |
| 110. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 111. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 112. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 113. Vanguard Limited Term Tax Exempt (VMLUX) | D | Dividend | O | T | Buy | 01/23/17 | O | | |
| 114. | | | | | Buy (add'l) | 02/03/17 | J | | |
| 115. | | | | | Sold (part) | 02/10/17 | J | A | |
| 116. | | | | | Sold (part) | 02/16/17 | N | | |
| 117. | | | | | Buy (add'l) | 03/07/17 | M | | |
| 118. | | | | | Buy (add'l) | 05/05/17 | K | | |
| 119. | | | | | Sold (part) | 05/23/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 08/2/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 08/16/17 | J | | |
| 121. Vanguard Short Term Investment Grade (VFSUX) | A | Dividend | K | T | Buy (add'l) | 02/14/17 | J | | |
| 122. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 123. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 124. WisdomTree Japan Hedged Equity (DJX) | D | Dividend | | | Sold | 02/03/17 | N | E | |
| 125. NY College Savings Program (H) | | | | | | | | | |
| 126. -Moderate Age Based Income Option Portfolio | | None | K | T | | | | | |
| 127. Vanguard Educational IRA(H) | | | | | | | | | |
| 128. -Vanguard Small Cap Index Fund Investor Shares | | None | K | T | | | | | |
| 129. Vanguard Educational IRA (H) | | | | | | | | | |
| 130. -Vanguard Small Cap Index Fund Investor Shares | | None | K | T | | | | | |
| 131. BlackRock CollegeAdvantage (H) | | | | | | | | | |
| 132. -BR Growth Portfolio Option A | | None | K | T | | | | | |
| 133. B & McG Holdings (H) | | | | | | | | | |
| 134. -Shelter Venture Fund | C | Distribution | K | T | | | | | |
| 135. Special Situations Technology Fund, L.P. | G | Dividend | P1 | U | | | | | |
| 136. SRZ Savings Plan | | None | P1 | T | Buy (add'l) | 08/24/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 08/2/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Wells Fargo Money Mkt Fund | A | Dividend | J | T | | | | | |
| 138. -Merck common stock | A | Dividend | L | T | | | | | |
| 139. -Pfizer common stock | A | Dividend | K | T | | | | | |
| 140. SRZ Cash Balance Plan | | None | O | T | Buy (add'l) | 08/24/17 | L | | |
| 141. SRZ Thrift Plan | | None | O | T | Buy (add'l) | 08/24/17 | J | | |
| 142. | | | | | Buy (add'l) | 12/28/17 | K | | |
| 143. -T. Rowe Price U.S. Treasury Money Market | A | Dividend | L | T | | | | | |
| 144. SRZ Partners Pension Plan | | None | O | T | Buy (add'l) | 08/24/17 | L | | |
| 145. Schulte Roth & Zabel Supplemental Retirement Fund | | None | P1 | T | Buy (add'l) | 12/22/17 | M | | |
| 146. -DWS Small Cap Index VIP-Class A Shares | | None | N | T | Buy (add'l) | 12/22/17 | J | | |
| 147. -American Funds Ins Ser International - Class 2 Shares | | None | N | T | Buy (add'l) | 12/22/17 | J | | |
| 148. -Fidelity VIP Index 500-Initial Class | | None | M | T | Buy (add'l) | 12/22/17 | J | | |
| 149. -Fidelity VIP Real Estate-Initial Class | | None | N | T | Buy (add'l) | 12/22/17 | J | | |
| 150. -Invesco V.I. International Growth Fund-Series I Shares | | None | M | T | Buy (add'l) | 12/22/17 | J | | |
| 151. -MainStay VP Eagle Small Cap Growth Portfolio Initial Class | | None | N | T | Buy (add'l) | 12/22/17 | J | | |
| 152. -MFS Global Tactical Allocation-Initial Class | | None | N | T | Buy (add'l) | 12/22/17 | J | | |
| 153. -MFS VIT Value Series-Initial Class | | None | N | T | Buy (add'l) | 12/22/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 08/2/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -T Rowe Price Blue Chip Growth Portfolio | | None | O | T | Buy (add'l) | 12/22/17 | K | | |
| 155.  -Mainstay Cash Management | | None | J | T | | | | | |
| 156.  -Tremont Opportunity Fund | | None | J | T | | | | | |
| 157.  Special Situation Fund III QP, LLP | E | Dividend | O | U | | | | | |
| 158.  SRZ Group Trust | | None | N | T | | | | | |
| 159.  -Candlewood Structured Credit Fund nka Structured Credit Harvest Fund | | None | M | T | Redeemed (part) | 02/06/17 | J | | |
| 160. | | | | | Redeemed (part) | 04/10/17 | J | | |
| 161. | | | | | Redeemed | 05/12/17 | J | | |
| 162.  -Castle Hook Offshore Fund, Ltd. | | None | K | T | Buy | 02/12/17 | K | | |
| 163.  -Cevian Capital Fund II Ltd. | | None | K | T | | | | | |
| 164.  -Citadel Kensington Global Strategies | | None | K | T | | | | | |
| 165.  -Cognis I Fund LP | | None | J | T | | | | | |
| 166.  -D.E. Shaw Composite International Fund | | None | | T | | | | | |
| 167.  -D.E. Shaw Oculus International Fund | | None | J | T | | | | | |
| 168.  -Discovery Global Macro Fund, Ltd. | | None | | | Redeemed | 04/05/17 | L | | |
| 169.  -Echo Street Capital Partners Ltd (QP) | | None | K | T | Buy (add'l) | 07/31/17 | J | | |
| 170.  -Golden Tree Offshore Fund Ltd | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 08/2/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -Highfields Capital IV LP | | None | K | T | | | | | |
| 172.  -Hutchin Hill Capital Offshore Fund, Ltd. | | None | J | T | Redeemed (part) | 10/31/17 | J | | |
| 173.  -iShares Global Energy ETF (IXC) | | None | J | T | Buy | 08/18/17 | J | | |
| 174. | | | | | Buy (add'l) | 09/05/17 | J | | |
| 175. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 176. | | | | | Buy (add'l) | 10/31/17 | J | | |
| 177. | | | | | Sold (part) | 11/29/17 | J | | |
| 178. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 179.  -iShares Global Tech ETF (IXN) | | None | | | Buy | 08/21/17 | J | | |
| 180. | | | | | Buy (add'l) | 09/05/17 | J | | |
| 181. | | | | | Buy (add'l) | 09/06/17 | J | | |
| 182. | | | | | Sold (part) | 09/28/17 | J | | |
| 183. | | | | | Sold (part) | 10/31/17 | J | | |
| 184. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 185. | | | | | Sold | 12/29/17 | J | | |
| 186.  --iShares Global Financials ETF (IXG) | | None | J | T | Buy | 08/21/17 | J | | |
| 187. | | | | | Buy (add'l) | 09/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 08/2/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 09/28/17 | J | | |
| 189. | | | | | Buy (add'l) | 10/31/17 | J | | |
| 190. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 191. | | | | | Sold (part) | 12/29/17 | J | | |
| 192. -iShares Global Materials ETF (MXI) | None | | J | T | Buy | 08/21/17 | J | | |
| 193. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 194. | | | | | Buy (add'l) | 09/06/17 | J | | |
| 195. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 196. | | | | | Buy (add'l) | 10/31/17 | J | | |
| 197. | | | | | Sold (part) | 11/29/17 | J | | |
| 198. | | | | | Sold (part) | 12/29/17 | J | | |
| 199. -iShares Global Consumer Stap ETF (KXI) | None | | J | T | Buy | 08/21/17 | J | | |
| 200. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 201. | | | | | Buy (add'l) | 09/06/17 | J | | |
| 202. | | | | | Sold (part) | 09/28/17 | J | | |
| 203. | | | | | Buy (add'l) | 10/31/17 | J | | |
| 204. | | | | | Sold (part) | 11/29/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 08/2/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 12/29/17 | J | | |
| 206. -iShares Global Healthcare ETF (IXJ) | None | | | | Buy | 09/01/17 | J | | |
| 207. | | | | | Sold (part) | 09/28/17 | J | | |
| 208. | | | | | Buy (add'l) | 10/31/17 | J | | |
| 209. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 210. | | | | | Sold | 12/29/17 | J | | |
| 211. -Jennison Global Healthcare Offshore Fund | | | | | Sold | 03/10/17 | J | | |
| 212. -Vanguard REIT ETF (VNQ) | None | | J | T | Buy | 08/21/17 | J | | |
| 213. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 214. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 215. | | | | | Buy (add'l) | 10/31/17 | J | | |
| 216. | | | | | Sold (part) | 11/29/17 | J | | |
| 217. | | | | | Sold (part) | 12/29/17 | J | | |
| 218. -Kylin Offshore Fund, Ltd. | None | | J | T | Redeemed (part) | 11/03/17 | J | | |
| 219. -Kylin Offshore Long Fund Ltd. | | | J | T | Buy | 10/03/17 | J | | |
| 220. -Lone Pinion Ltd. | None | | | | Redeemed (part) | 04/17/17 | J | | |
| 221. | | | | | Redeemed | 08/23/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 08/2/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -Lone Slavin, Ltd. | | None | | | Redeemed (part) | 04/17/17 | J | | |
| 223. | | | | | Redeemed | 09/18/17 | J | | |
| 224.  -Lone Spruce LP | | None | | | Redeemed (part) | 04/17/17 | J | | |
| 225. | | | | | Redeemed | 09/18/17 | J | | |
| 226.  -Millenium International Ltd | | None | K | T | | | | | |
| 227.  -Pennant Onshore Partners LP | | None | | | Redeemed | 03/22/17 | J | | |
| 228.  -Pennant Windward Ltd | | None | | | Redeemed | 03/21/17 | J | | |
| 229.  -PFM Healthcare Offshore Fund | | None | K | T | Buy | 03/29/17 | K | | |
| 230.  -Renaissance Institutional Equities Fund LLC | | None | K | T | Buy | 03/29/17 | K | | |
| 231. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 232.  -Scopus Fund Ltd. | | None | K | T | Buy (add'l) | 03/29/17 | J | | |
| 233.  -Seer Capital Partners Offshore Fund Ltd. | | None | J | T | Redeemed (part) | 04/28/17 | K | | |
| 234.  -Spruce Hedge Fund Program SPC LTD-Portfolio II SP | | None | J | T | Redeemed (part) | 02/12/17 | J | | |
| 235. | | | | | Redeemed (part) | 05/15/17 | K | | |
| 236. | | | | | Redeemed (part) | 08/17/17 | J | | |
| 237. | | | | | Redeemed (part) | 11/14/17 | J | | |
| 238.  -Spruce Hedge Fund Program SPC LTD-Portfolio I SP | | None | | | Redeemed (part) | 02/12/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Redeemed | 07/11/17 | J | | |
| 240.  -SQN Investors Offshore Ltd. | | None | J | T | Buy | 10/30/17 | J | | |
| 241.  -Steelhead Pathfinder Fund Ltd. | | None | K | T | | | | | |
| 242.  -The Childrens' Investment Fund | | None | K | T | | | | | |
| 243.  -Two Sigma Absolute Return Macro Cayman Fund, Ltd. | | None | K | T | | | | | |
| 244.  -Vanguard Wellesley Income Fund (VWIAX) | | None | K | T | Buy | 10/31/17 | K | | |
| 245. | | | | | Buy (add'l) | 11/08/17 | J | | |
| 246. | | | | | Buy (add'l) | 12/06/17 | J | | |
| 247.  -JP Morgan Trust Co. of Delaware deposit account | | None | O | T | | | | | |
| 248.  AutoNation common stock | | None | L | T | | | | | |
| 249.  Akami Technology common stock | | None | K | T | | | | | |
| 250.  CollegeBound Fund (Alliance-RI) | | | | | | | | | |
| 251.  -CBF Appreciation Portfolio Alt-AX | | None | K | T | | | | | |
| 252.  Northwestern Mutual Whole Life Ins. Policy | | None | N | T | | | | | |
| 253.  AXA Life Insurance Policy-whole life | | None | K | T | | | | | |
| 254.  Mt. Kellett Capital Partners II LP | G | Distribution | N | T | | | | | |
| 255.  Merrill Lynch Retirement Account- Blackrock Global (MDLOX) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 08/2/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. lines 14, 27, 43, 44, 52, 74, 75-for each of these entries I have used "fka" to incidate that these shares were exchanged for shares of a different class of the same fund. No gain or loss occurred.

Part VII, lines 158-247 - the SRZ Group Trust is a Revenue Ruling 81-100 Trust that pools the employee pension plan sponsored by the law firm of which my _____ is a member and IRAs of partners and former partners of the firm. He does not have an interest in any of the assets of the Group Trust; however, because he is a member of the committee which oversees Group Trust's investments, I have reported the assets in the Group Trust. The SRZ Savings Plan (line 136), the SRZ Cash Balance Plan (line 140), the SRZ Partners Pension Plan (line 144) and the SRZ Thrift Plan (line 141-142) are invested in the SRZ Group Trust. The value of the investment in the Group Trust Shown in lines 158-245 includes the value of his investments in the Group Trust through the SRZ Savings Plan, Cash Balance Plan, Partners Pension Plan and Thrift Plan. I have reported "None" in Column B throughout as I am unable to provide a breakdown of the amount of income earned because the statements provided do not disclose the income earned for each of the individual assets held in the Group Trust.

Part VII, Lines 145-156-the SRZ Supplemental Retirement Fund is a retirement fund in which my _____ has an interest. Because he directs the investments for his share of the fund, I have reported the assets in which his interest is invested. I have reported "none" in column B because the statements provided to not disclose the inome earned for each of the individual assets held in this retirement fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carla E. Craig**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544